# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL<br>NO. 14-0368-3 |
| NICK K.K. FINKS | |

## ORDER

**AND NOW**, this 29th day of November, 2021, upon consideration of the defendant's Motion for Compassionate Release (ECF #172) and the Government's response in opposition thereto, it is hereby **ORDERED** that the defendant's Motion for Compassionate Release is **DENIED** for the reasons set forth in the accompanying Memorandum Opinion.

BY THE COURT:

Jeffrey L. Schmehl
U.S. District Court Judge